```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A04-0267--CV (JWS)
                   "TRAVELERS CASUALTY & SURETY CO V RLI INS CO"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/02/04
            Closed: 11/16/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/02/04 receipt # 00124377
          Trial by: Court


Parties of Record:                            Counsel of Record:

PLF 1.1         TRAVELERS CASUALTY & SURETY CO OF    Thomas Ardell Larkin
                AMERICA                              Stewart Sokol et al
                                                     2300 SW 1st Street, Suite 200
                                                     Portland, OR 97201-5047
                                                     503-221-0699
                                                     FAX 503-227-5028

DEF 1.1         RLI INSURANCE CO                     Randall J. Weddle
                                                     Holmes Weddle et al
                                                     701 W. 8th Avenue, Suite 700
                                                     Anchorage, AK 99501-3408
                                                     907-274-0666
                                                     FAX 907-277-4657
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0267--CV (JWS)
                          "TRAVELERS CASUALTY & SURETY CO V RLI INS CO"

                                        For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/02/04
            Closed: 11/16/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/02/04 receipt # 00124377
          Trial by: Court


 Document #   Filed     Docket text
 ──────────────────────────────────────────────────────────────────────────────────────

     1 -  1  11/02/04  Complaint filed; Summons issued.

     2 -  1  11/02/04  PLF 1 Corporate Disclosure Statement.

     3 -  1  11/15/04  PLF 1 Return of Service Executed re: DEF 1 on 11/9/04.

     4 -  1  12/01/04  DEF 1 Attorney Appearance of R. Weddle.

     5 -  1  12/27/04  JWS Minute Order that plf require an ans or apply for dft w/i 20 days.
                       cc: cnsl

     6 -  1  01/05/05  DEF 1 Answer to Complaint.

     7 -  1  01/06/05  JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

     8 -  1  01/25/05  PLF 1; DEF 1 Scheduling and Planning Conference Report.

     9 -  1  02/01/05  JWS Scheduling and Planning Order setting pretrial deadlines: Original
                       discovery 11/18/05; Dispositive motions deadline 12/19/05; Estimate of
                       trial 3 days; TBC.  cc: cnsl

    10 -  1  02/15/05  DEF 1 Final Witness List.

    11 -  1  06/01/05  DEF 1 motion for summary judgment & memo of law in support w/att exhs.

    12 -  1  06/20/05  PLF 1 Stipulation for enlargement of time until 6/27/05 w/i which to
                       oppose def's mot for sj.

    12 -  2  06/21/05  Order approving stip for enlargement of time until 6/27/05 w/i which to
                       oppose plf's sj mot (12-1). cc: cnsl

    13 -  1  06/27/05  PLF 1 opposition to DEF 1 motion for summary judgment (11-1) w/att affs
                       & exhs. (original in folder behind file)

    13 -  2  06/27/05  PLF 1 motion (cross) for summary judgment on liability w/att affs &
                       exhs. (original in folder behind file)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0267--CV (JWS)
                        "TRAVELERS CASUALTY & SURETY CO V RLI INS CO"

                                     For all filing dates


 Document #    Filed       Docket text

     14 -  1   06/27/05    PLF 1 Request for Oral Argument re: DEF 1 mot for sj (11-1), PLF 1 mot
                           (cross) for sj on liability (13-2).

     15 -  1   07/01/05    DEF 1 Stipulation for ext of time until 7/25/05 for RLI to file reply to
                           plf's oppo to RLI's mot for sj & until 7/25/05 to file RLI's oppo to
                           plf's cross-mot for part sj on liability.

     15 -  2   07/05/05    Order approving stip for ext of time until 7/25/05 for RLI to file reply
                           to plf (15-1). cc: cnsl

     16 -  1   07/05/05    PLF 1 Affidavit of M. Eckardt re: oppo to DEF 1 mot for sj (11-1), PLF 1
                           mot (cross) for sj on liability (13-2).

     17 -  1   07/08/05    PLF 1 Affidavit of Marc A. Eckardt in support of PLF 1 motion (cross)
                           for summary judgment on liability.

     18 -  1   07/20/05    DEF 1 reply to opposition to DEF 1 motion for summary judgment (11-1)
                           w/att exh.

     18 -  2   07/20/05    DEF 1 opposition to PLF 1 motion (cross) for summary judgment on
                           liability  (13-2) w/att exh.

     19 -  1   07/20/05    DEF 1 Statement of genuine issues of material fact.

     20 -  1   07/27/05    PLF 1 Unopposed motion for extension of time until 8/2/05 to file reply
                           to RLI opposition to Travelers' motion for summary judgment.

     20 -  2   07/28/05    Order granting unoppo mot for ext of time until 8/2/05 to file reply to
                           RLI's oppo to Travelers' mot for sj (20-1). cc: cnsl

     21 -  1   08/02/05    PLF 1 reply to opposition to PLF 1 motion (cross) for summary judgment
                           on liability (13-2).

     22 -  1   08/11/05    DEF 1 Notice of Supplemental Authority re: rply to plf's oppo re: DEF 1
                           motion for summary judgment & memo of law in support (11-1) w/att exh.

     23 -  1   09/29/05    PLF 1; DEF 1 Stipulation extending pretrial deadlines.

     23 -  2   10/04/05    RRB Order approving stip extending pretrial ddlns (23-1); filing of
                           expert rpts, final wit list, close of disc, dispositive mots & mots in
                           limine due 90 days from date of crt's ord on pending mots for sj. cc:
                           cnsl

     24 -  1   10/14/05    JWS Minute Order setting o/a on cross-mots for sj @ dkts 11 & 13 on
                           11/1/05 @ 9:00 a.m.; 15 min per side. cc: cnsl

     25 -  1   10/19/05    JWS Preliminary Order that def's mot for sj @ dkt 11 should be denied &
                           plf's cross-mot for part sj @ dkt 13 should be granted in part & denied
                           in part. cc: cnsl

     26 -  1   11/01/05    JWS Court Minutes [ECR: April Karper] re O/A on Cross Mots for SJ (Dkts
                           11 & 13) (held 11/01/05); typographical errors made on pages 7 and 10 of
                           the Prel Order, crt to correct; matters taken UNDER ADVISEMENT, written
                           ruling to issue; cc: cnsl.

     27 -  1   11/14/05    JWS Order denying mot (cross) for sj on liability (13-2); granting mot
                           for sj (11-1). cc: cnsl

 ACRS: R_VDSDX                    As of 12/01/05 at 3:21 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0267--CV (JWS)
                     "TRAVELERS CASUALTY & SURETY CO V RLI INS CO"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 11/16/05 | JWS Judgment that plf take nothing from def; def to recover atty fees & costs. cc: cnsl, O&J 11903 |
| 29 - 1 | 11/22/05 | DEF 1 motion for attorneys fees w/att aff. |
| 30 - 1 | 11/23/05 | DEF 1 Bill of Costs w/att exhs. |