Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: (907)274-0666
Fax: (907)277-4657

Attorneys for Defendant



LODGED NOV 2 2 2005

FILED DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>USDC No.: A04-267 CV |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S
MOTION FOR ATTORNEYS FEES AND COSTS

The Court, having considered the Defendant's Motion for Attorney Fees and Costs, and any opposition thereto,

IT IS HEREBY ORDERED that Defendant's Motion for Attorney's Fees is hereby GRANTED for an award of $ 6,089.30 Dated this 16th day of December 2005.

Hon. John W. Sedwick
Chief Judge

A04-0267--CV (JWS)   12-16-05

R. WEDDLE (HOLMES)
T. LARKIN

...'S MOTION FOR ATTORNEY FEES & COSTS
...ompany

Page 1

32